UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL DAVIS o/b/o T.W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-01034 ERW |
| | ) | |
| CAROLYN COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of the United States Magistrate Judge Shirley Padmore Mensah [ECF No. 28], pursuant to 28 U.S.C. § 636(b).

The Court notes no objections were filed to the Memorandum and Order within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation, and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Magistrate's decision reversing the decision of the Commissioner and remanding this case to the Commissioner for further Proceedings pursuant to sentence four of 42 U.S.C. §405(g) [ECF No. 28] is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner be **REVERSED** and that this case be **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 6th Day of May, 2016.

                                                  E. RICHARD WEBBER
                                                  SENIOR UNITED STATES DISTRICT JUDGE