UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CRYSTAL DAVIS o/b/o T.W., )
)
    Plaintiff, )
)
vs. ) Case No. 4:15CV01034 ERW
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
    Defendants. )

# **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Attorney Fees [ECF No. 31].

Plaintiff seeks $3,241.15 in fees, which is for 14.9 hours of attorney work at $193.50 per hour, 3.1 hours of paralegal work at $100.00 per hour, and 0.8 hours of legal assistant work at $60.00 per hour pursuant to 28 U.S.C. § 2412. Defendant does not object to the amount of attorney fees and agrees Plaintiff should be paid by the Social Security Administration.

**IT IS HEREBY ORDERED** that Plaintiff shall be awarded $3,241.15 in attorney fees to be paid by the Social Security Administration. These amounts should be made payable to Plaintiff's attorney after it is determined the claimant does not have any outstanding federal debt subject to collection.

So Ordered this 3rd Day of August, 2016.

*/s/ E. Richard Webber*

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**